**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Maria ECHAVARRIA–ESPINOZA,**
**Defendant–Appellant.**

**No. 08–40643**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 5, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, STEWART, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Maria Echavarria–Espinoza raises arguments that are foreclosed by *United States v. Garcia–Mendez,* 420 F.3d 454, 457 (5th Cir.2005), which held that a conviction under TEX. PENAL CODE ANN. § 30.02(a)(1) for burglary of a habitation is a crime of violence for purposes of U.S.S.G. § 2L1.2 because it is equivalent to the enumerated offense of burglary of a dwelling and *United States v. Cardenas–*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Cardenas,* 543 F.3d 731 (5th Cir.2008), which held that *James v. United States,* 550 U.S. 192, 127 S.Ct. 1586, 167 L.Ed.2d 532 (2007) does not undermine our conclusions in *Garcia–Mendez.* The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.